UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| TERESA ZABLOUDIL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 10-cv-4044 |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

## O R D E R  &  O P I N I O N

On May 19, 2010, Plaintiff filed a pro se Complaint, a Motion to Proceed in forma pauperis, and a Motion for Appointment of Counsel. (Docs. 1-3). On May 21, 2010, the Court ordered Plaintiff to amend her Complaint by June 11, 2010, as her initial Complaint failed to allege sufficient facts to give the Court and Defendant fair notice of her complaints, and to show that her claim to relief is "plausible."[1] (Doc. 4). Plaintiff's two Motions were taken under advisement pending the submission of the Amended Complaint. The Court warned Plaintiff that failure to file an Amended Complaint would result in dismissal of her claim for failure to prosecute.

The Court has received no Amended Complaint from Plaintiff. Therefore, this matter is DISMISSED WITH PREJUDICE for failure to prosecute.

---

[1] As noted by the Court in its previous Order, Plaintiff did not provide a date of the occurrence by which her rights were allegedly violated, or any explanation of what happened or how she was harmed. She left blank the entire section of the form Complaint for "the basic, relevant facts, including dates, places, and names."

CASE TERMINATED.


Entered this 21st day of June, 2010.


                                                      s/ Joe B. McDade
                                                      JOE BILLY McDADE
                                      United States Senior District Judge